UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 24-00833-JAB
**Wajah Deon Nelms,** ) Chapter 13
       **Debtor.** )
 )
 )
 )

## MOTION TO DETERMINE SECURED
## STATUS OF CLAIM HELD BY
## <u>CREDIT ACCEPTANCE</u>

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at The Bryan Simpson United States Courthouse at 300 N. Hogan Street, Jacksonville, FL 32202, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

Debtor requests the entry of an order under 11 U.S.C. § 506(a) and Federal Rule of Bankruptcy Procedure 3012 that determines the secured status of claim of Credit Acceptance ("Creditor") and states as follows:

---

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.
Implemented 09/28/2017                                             Revised 9/7/2022

1. On March 24, 2024, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor listed the following personal property in Debtor's bankruptcy schedules: 2010 Toyota Camry, VIN# 4T1BF3EKXAU042829 (the "Property").

3. The fair market value of the Property is $5,448.00.

4. The lien payable to Credit Acceptance totals $10,065.00 and encumber(s) the Property.

5. Creditor holds a partially secured claim of $5,448.00 and an unsecured claim of $4,617.00.

**WHEREFORE**, Debtor requests the entry of an order: (i) granting this motion; (ii) determining that the value of the Property is $5,448.00; (iii) determining that Creditor's secured claim is $5,448.00 (iv) determining that Creditor's unsecured claim is $ 4,617.00; and (v) any other relief the Court deems appropriate.

| | |
|---|---|
| DATED: 4/5/24 | **LAW OFFICE OF DONALD W. MATTHEWS AND ASSOCIATES** |
| | */s/ Donald W Matthews* |
| | **DONALD W. MATTHEWS, ESQUIRE** |
| | Florida Bar No.: 131997 |
| | 7952-1A Normandy Boulevard |
| | Jacksonville, FL 32221 |
| | Phone: (904) 695-3002 |
| | Email: donaldmatthewslaw@bellsouth.net |
| | Attorney for Debtor |

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 09/28/2017                                    Revised 9/7/2022

## Proof of Service

A copy of the foregoing has been sent by either electronic transmission or U.S. Mail, postage prepaid, on April 5, 2024 to: Douglas Neway, Chapter 13 Trustee, and Credit Acceptance at 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034.

**LAW OFFICE OF DONALD W. MATTHEWS AND ASSOCIATES**

*/s/ Donald W Matthews*
**DONALD W. MATTHEWS, ESQUIRE**
Florida Bar No.: 131997
7952-1A Normandy Boulevard
Jacksonville, FL 32221
Phone: (904) 695-3002
Email: donaldmatthewslaw@bellsouth.net
Attorney for Debtor

---

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.
Implemented 09/28/2017                                                                        Revised 9/7/2022