ORDERED.

**Dated: April 11, 2024**

Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:24–bk–00833–JAB<br>Chapter 13 |

Wajah Deon Nelms

_____Debtor*_____/

### ORDER DENYING AMENDED MOTION TO DETERMINE SECURED STATUS/VALUE

THIS CASE came on for consideration, without hearing, of the Amended Motion to Determine Secured Status/Value of Credit Acceptance filed by Debtor , Doc. # 18 . After review, the Court determines that the motion is deficient as follows:

> Service upon the non–individual respondent to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process is not indicated. Fed. R. Bankr. P. 7004(b)(3).

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.