ORDERED.

**Dated: April 12, 2024**

_____
Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No.
                                                                          3:24–bk–00833–JAB
                                                                          Chapter 13

Wajah Deon Nelms


_____Debtor*_____/


### *ORDER DENYING SECOND AMENDED MOTION TO DETERMINE STATUS OF CLAIM HELD BY CREDIT ACCEPTANCE*

THIS CASE came on for consideration, without hearing, of the Second Amended Motion to Determine Status of Claim Held by Credit Acceptance filed by Debtor , Doc. # 22 . After review, the Court determines that the motion is deficient as follows:

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.