**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: April 17, 2024**

Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Wajah Deon Nelms

_____Debtor*_____/

Case No.
3:24–bk–00833–JAB
Chapter 13

### *ORDER DENYING THIRD AMENDED MOTION TO DETERMINE SECURED STATUS/VALUE OF CREDIT ACCEPTANCE*

THIS CASE came on for consideration, without hearing, of the Third Amended Motion to Determine Secured Status/Value of Credit Acceptance filed by Debtor , Doc. # 32 . After review, the Court determines that the motion is deficient as follows:

The Motion does not contain the redacted loan number.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.