UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:24−bk−00833−JAB
Chapter 13

Wajah Deon Nelms

_____Debtor*_____/

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing regarding Confirmation of Chapter 13 Plan , originally scheduled for July 23, 2024 at 9:30 a.m., has been rescheduled.

The hearing has been rescheduled and will be held on August 20, 2024 at 10:00 AM in Courtroom 4C, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/brown/.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

Dated: July 17, 2024

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.