# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
www.flmb.uscourt.gov

In re:                                                            Case No.: 3:24-BK-00833-JAB

Wajah Deon Nelms,                              Chapter 13

        Debtor.
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART DEBTOR'S FOURTH AMENDED MOTION TO DETERMINE SECURED STATUS OF CLAIM HELD BY CREDIT ACCEPTANCE CORPORATION (DOC. NO. 53) DUE TO CLAIM STATUS AS A "910 CLAIM" (DOCKET NO. 55,65)**

Credit Acceptance Corp serves notice that is withdraws its Objection to Confirmation and Motion for Reconsideration of Order Granting in Part Debtor's Fourth Amended Motion to Determine Secured Status of Claim Held by Credit Acceptance Corporation (Doc. No. 53) Due to Claim Status as a "910 Claim" of the Plan in this case.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 24-146

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on July 23, 2024 to:

Douglas W. Neway, P.O. Box 4308, Jacksonville, FL 32201-4308
*Trustee* (usual place of business)

Donald Wayne Matthews, Law Office of Donald W. Matthews, 7952-1 Normandy Boulevard
Jacksonville, FL 32221
*Attorney for Debtor* (usual place of business)

Wajah Deon Nelms, 8884 Hawkeye Circle, Jacksonville, FL 32221
*Debtor* (usual place of abode)

          **Heckman Law Group, P.L.**

          By: */s/ Chad D. Heckman*
          Florida Bar No.: 0526029
          Attorney for Creditor
          P.O. Box 12492
          Tallahassee, Florida 32317-2492
          Phone: (850) 583-4161
          E-Service: eservice@heckmanlawgroup.com
          HLG File No.: 24-146