UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          Case No. 3:24−bk−00833−JAB
                                                                                                Chapter 13

Wajah Deon Nelms

_____Debtor*_____/

NOTICE OF CANCELLED TRIAL

   NOTICE IS GIVEN THAT the trial regarding Motion for Reconsideration of Order Granting in Part Fourth Amended Motion to Determine Secured Status of Claim Held by Credit Acceptance Corporation Due to Claim Status as a "910 Claim", (Document No. 55), filed by Credit Acceptance Corporation, originally scheduled for August 20, 2024 at 10:00 a.m., has been cancelled.

                                              FOR THE COURT
Dated: July 24, 2024                          Sheryl L. Loesch , Clerk of Court
                                              Bryan Simpson United States Courthouse
                                              300 North Hogan Street
                                              Suite 3−150
                                              Jacksonville, FL 32202

   The Clerk's office is directed to serve a copy of this notice on interested parties.

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.